

RECEIVED
MAY 1 8 2022
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:22-CR-067 |
| v. | INDICTMENT |
| ROGER PAUL BRADFORD<br>also known as, Paul Bradford, | T. 18 U.S.C. § 1349<br>T. 18 U.S.C. § 1512(c)(2) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**Introductory Allegations**

At times material to this indictment:

1. Vermeer Corporation ("Vermeer") is a manufacturer of industrial and agricultural equipment, with its headquarters, and multiple manufacturing plants, located in Pella, Iowa, which is within the Southern District of Iowa.

2. On July 19, 2018, a tornado caused extensive damage to numerous Vermeer buildings and property in Pella. In the aftermath, Vermeer began plans to rebuild and enhance its Pella campus.

3. In January 2019, Vermeer hired a new employee, Defendant, ROGER PAUL BRADFORD, also known as, Paul Bradford. Defendant's primary employment duties were to oversee Vermeer construction projects, including the rebuild and enhancement at the Vermeer campus in Pella after the tornado. Vermeer terminated Defendant's employment on October 29, 2019.

4.      Defendant, ROGER PAUL BRADFORD's title was Director of Construction. As a Vermeer employee, Defendant owed Vermeer a duty of loyalty, a duty to handle confidential information appropriately, a duty to advance the best interests of Vermeer, and a duty to disclose conflicts of interest to Vermeer.

5.      Viorel Draghia resided in the State of Virginia and owned, controlled, and operated Draghia Painting & Contracting Co. ("Draghia Contracting"). Through Draghia Contracting, Viorel Draghia sought and obtained contracts to complete work on various construction projects.

## COUNT 1
### (Conspiracy to Commit Wire Fraud)

6.      The introductory allegations of this indictment, paragraphs 1 through 5, are incorporated as if set forth fully herein.

7.      Beginning in or about January 2019, and continuing until on or about October 29, 2019, in the Southern District of Iowa, and elsewhere, Defendant, ROGER PAUL BRADFORD, also known as Paul Bradford, and Viorel Draghia, did knowingly and willfully combine, conspire, confederate, and agree with each other to knowingly execute and attempt to execute a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses and representations and by concealing material facts, using and causing the use of interstate wire communications in furtherance of, and in an attempt to carry out, an essential step of the scheme, in violation of Title 18, United States Code, Section 1343.

### The Purpose of the Conspiracy

8. It was a purpose of the conspiracy that Defendant, ROGER PAUL BRADFORD, also known as Paul Bradford, and his co-conspirator Viorel Draghia would:

   (i) generate unlawful monies for each other by together undertaking to get contracts for construction at Vermeer Corporation awarded to Draghia Contracting so that Viorel Draghia would make money from those contracts and would then, in turn, provide kickbacks to Defendant; and

   (ii) conceal their scheme from other Vermeer employees, Vermeer officers, and the general contractor for the project.

### The Manner and Means of the Conspiracy

The manner and means by which the conspiracy was to be accomplished included, but were not limited to, the following:

9. Defendant, ROGER PAUL BRADFORD, also known as Paul Bradford, sent confidential Vermeer construction project-related information from his Vermeer email account to his personal email account and then Defendant forwarded said information to Viorel Draghia via email. These emails included information that should not be provided to a contractor, such as Viorel Draghia, that might seek to bid on projects.

10. Defendant, ROGER PAUL BRADFORD's duties for Vermeer included overseeing the Vermeer EcoCenter project and overseeing the general contractor working on the Vermeer EcoCenter project. Defendant and his co-conspirator Viorel

Draghia worked together to formulate proposals, also known as bids, for Draghia Contracting to complete certain work on the Vermeer EcoCenter project. The work sought included masonry-related work. Viorel Draghia submitted those proposals via email to Defendant and the general contractor of the Vermeer EcoCenter project.

11. Defendant, ROGER PAUL BRADFORD, urged, and ultimately directed, the general contractor to award masonry contracts to Draghia Contracting for work on the Vermeer EcoCenter project. Defendant did so despite the general contractor having received, and the general contractor having informed Defendant of, competing proposals from other masonry companies who offered to do the work for substantially less money than Draghia Contracting. Defendant sought to facilitate awarding the contract to Draghia Contracting by, among other things, emailing the general contractor that "I feel confident that this is the Vendor we want to do the block work as they can meet the schedule and quality." The reasons Defendant provided to the general contractor that Defendant wanted the contract issued to Draghia Contracting were material misrepresentations because, among other things, Defendant omitted and concealed that a material reason that Defendant wanted Draghia Contracting to be selected was so that Defendant would receive a monetary kickback from Viorel Draghia. Defendant and Viorel Draghia concealed from the general contractor and Vermeer officials that Defendant stood to benefit in such a fashion from construction contracts awarded to Draghia Contracting. Had Defendant and Viorel Draghia informed the general contractor of their kickback agreement, the general contractor would have informed Vermeer officials of that illicit agreement. If Vermeer officials

had been informed of the kickback agreement, they would have ensured that no contracts were awarded to Draghia Contracting and that both Defendant and Viorel Draghia were terminated from performing work at Vermeer.

12.     In July 2019 Draghia Contracting was awarded a contract for masonry-related work on the Vermeer EcoCenter. Additional work on Vermeer projects was awarded to Draghia Contracting between July and October 2019. Proposals submitted by Viorel Draghia and contracts issued to Draghia Contracting were transmitted via email. Viorel Draghia submitted, via email, invoices seeking payment for work completed under the contracts. Viorel Draghia received payments for work completed.

13.     On multiple dates during the summer and fall of 2019, Viorel Draghia paid kickbacks to Defendant, ROGER PAUL BRADFORD, for the Vermeer construction work that had been awarded to Draghia Contracting. These kickback payments included cash payments. These kickback payments also included multiple checks payable from a checking account in the name of VIOREL DRAGHIA "DBA Draghia Painting & Contracting Co." and said checks were made payable to Paul Bradford.

This is a violation of Title 18, United States Code, Section 1349.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Attempted Obstruction of Official Proceeding)**

On or about June 25, 2020, the defendant, ROGER PAUL BRADFORD, also known as, Paul Bradford, corruptly attempted to obstruct, influence, and impede

official proceedings in the Southern District of Iowa, that is, a criminal prosecution including grand jury proceedings and trial, by imploring Viorel Draghia to lie to law enforcement about the existence of the kickback scheme engaged in between Defendant and Viorel Draghia and by imploring Viorel Draghia to not "flip" on Defendant—that is, to not cooperate with law enforcement authorities against, Defendant.

This is a violation of Title 18, United States Code, Section 1512(c)(2).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Adam J. Kerndt
Assistant United States Attorney