## United States District Court for the Southern District of Iowa

Presiding: Honorable Judge Rebecca Goodgame Ebinger
Criminal No. 4:22-cr-00067-RGE-HCA         :   Clerk's Court Minutes – Sentencing

---

UNITED STATES OF AMERICA VS. ROGER PAUL BRADFORD

---

| | |
|---|---|
| Gov. Atty(s): Adam Kerndt | : ✔ Indictment    Superseding Indictment    Information |
| Def. Atty(s): Guy Cook | : In  2  Count(s) – Code Violation: |
| Court Reporter: Tonya Gerke | : 18:1349 Conspiracy to Commit Wire Fraud (1); |
| Interpreter: N/A | : 18:1512(c)(2) Attempted Obstruction of Official Proceeding (2). |
| Date: May 4, 2023 | : |
| Time Start: 9:06 a.m.  Time End: 11:53 a.m. | : |

---

| | |
|---|---|
| ✔ Defendant reaffirmed guilty plea to Count(s) 1 | : Court adopted findings of Final PSR |
| ☐ Jury  ☐ Court guilty verdict to Count(s) | : ✔ Final PSR as amended |

Minutes:

Defendant appears with counsel for sentencing. USPO Officer present. Defendant confirms guilty plea on Count 1. Court holds colloquy with Defendant. At 9:16 a.m., parties discuss PSR. Neither party objects to the factual findings of the report, which Court adopts. At 9:30 a.m., Court addresses sentencing guidelines. At 9:33 a.m., Defense objects to loss amount. At 9:34 a.m., Gov argues in support of PSR. At 9:35 a.m., Defense resists. At 9:38 a.m., Gov presents rebuttal argument. Court finds loss amount of more than $150,000. After adjustment, Total Offense Level = 18; Criminal History Category = I; Guideline Imprisonment Range = 27 to 33 months. At 10:11 a.m., Gov calls Kevin Kohler; witness sworn. At 10:43 a.m., Court recesses. At 10:57 a.m., Court resumes. Defense presents argument regarding appropriate sentence. At 11:15 a.m., Defendant allocutes. At 11:18 a.m., Government presents argument regarding appropriate sentence. At 11:39 a.m., Court pronounces sentence. At 11:49 a.m., Defendant is advised of appeal rights. At 11:50 a.m., Court addresses Defendant regarding self-surrender.

---

Sentence Imposed:

Defendant is sentenced to the custody of the BOP for a term of 20 months on Count 1. Upon release, Defendant shall serve a supervised release term of 3 years. Court ordered $23,000 in restitution. $100 Special Assessment to the Crime Victims' Fund Assessment.

Count 2 is dismissed on the motion of the United States. Defendant shall remain on conditions of release to surrender to the designated BOP institution.

---

/s/ Kandy Sands
Deputy Clerk