IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Criminal No. 4:22-CR-00067 |
| v. | ) |
| | ) |
| ROGER PAUL BRADFORD, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

## SATISFACTION OF JUDGMENT

Judgment was entered in the above-entitled case against the Defendant. The judgment has been satisfied by payment of the $100.00 special assessment and $23,000.00 restitution.

Respectfully Submitted,

Richard D. Westphal
United States Attorney

By: */s/ Craig Peyton Gaumer*
Craig Peyton Gaumer
Assistant United States Attorney
U. S. Courthouse Annex, 2nd Floor
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: craig.gaumer@usdoj.gov

SATJMT

CERTIFICATE OF SERVICE

I hereby certify that on  June 20, 2023 , I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

  X    U.S. Mail ___ Fax _____ Hand Delivery

  X    ECF/Electronic filing ___ Other means


ROGER PAUL BRADFORD

UNITED STATES ATTORNEY


By: /s/ *Cheri Childress*
    Cheri Childress, Data Analyst (Contractor)

SATJMT